**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Burlington Northern and Santa Fe Railway Company, <br><br> Plaintiff, <br><br> v. <br><br> Charles Vaughn, Chairman of the Hualapai Indian Tribe, et al., <br><br> Defendants. | No. CV-04-2227-PCT-SMM <br><br> **ORDER** |

Before the Court is the parties' stipulation to continue the status conference set in this matter for Wednesday, March 12, 2008 (Dkt. 34). The parties submit that they have arranged a meeting for March 13, 2008, to discuss resolution of this lawsuit. In light of this previously-arranged meeting, the parties believe the Court's time would be best served by postponing the status conference for 30 days. Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' stipulation (Dkt. 34). The status conference set in this matter shall be continued until **Wednesday, April 23, 2008 at 4:00 pm.**

DATED this 11th day of March, 2008.

Stephen M. McNamee
United States District Judge