**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Burlington Northern and Santa Fe Railway Company, <br><br>   Plaintiff, <br><br> v. <br><br> Charles Vaughn, Chairman of the Hualapai Indian Tribe, et al., <br><br>   Defendants. | No. CV-04-2227-PCT-SMM <br><br> **ORDER** |

Before the Court is the parties' Consent Motion to Intervention of Hualapai Tribe (Dkt. 41). The Hualapai Tribe seeks to intervene as a party defendant in this action for the limited purpose of settling this case and assuring enforcement of a settlement agreement. Pursuant to the Federal Rule of Civil Procedure 24, and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Consent Motion to Intervention of Hualapai Tribe (Dkt. 41). The Hualapai Tribe shall be added as a party defendant in this action.

DATED this 4th day of August, 2008.

Stephen M. McNamee
United States District Judge